IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE** **PLAINTIFF**

**v.** **No. 3:26-cv-263-DPM**

**WEINGART CARE FIRST VILLAGE** **DEFENDANT**

# ORDER

**1.** The application to proceed *in forma pauperis*, *Doc. 1*, is granted. Greene reports no savings and little income.

**2.** Because of earlier vexatious and frivolous cases, Greene is on the restricted-filer list. The Court has examined the complaint in this case. It is more of the same. The complaint will therefore be dismissed without prejudice. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). Motion for order compelling discovery, *Doc. 3*, denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 November 2026