**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **No. 3:26-cv-263-DPM**

**WEINGART CARE FIRST VILLAGE** **DEFENDANT**

# JUDGMENT

The complaint is dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 November 2026